IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ASHLEY L. BANUELOS, | ) | 1:09cv0622 JLT |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| | ) | |
| v. | ) | (Document 14) |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On December 18, 2009, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file her opening brief.  The parties' request is GRANTED.  Plaintiff's opening brief SHALL be filed on or before February 16, 2010.

IT IS SO ORDERED.

**Dated:    December 30, 2009**             _____ **/s/ Dennis L. Beck**_____
                                                                    UNITED STATES MAGISTRATE JUDGE

1